**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| ROSEBUD LMS, INC. d/b/a ROSEBUD PLM,, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 14-194-SLR-SRF <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> ADOBE SYSTEMS INCORPORATED, ) <br> ) <br> Defendant. ) | |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF ADOBE SYSTEMS INCORPORATED'S MOTION FOR SUMMARY JUDGMENT OF NO REMEDIES**

Pursuant to Fed. R. Civ. P. 56, Defendant and Counterclaim-Plaintiff Adobe Systems, Inc. ("Adobe"), respectfully moves for summary judgment of no remedies.  The grounds for this motion are further set forth in Adobe's Opening Brief in Support of Motion for Summary Judgment of No Remedies, which is being filed contemporaneously herewith.  Permission to file this motion ahead of the deadlines set forth in the scheduling order for this case was granted by the Court on November 25, 2014, pursuant to the Court's procedure for email requests for emergency relief.

WHEREFORE, Adobe requests that the Court grant this Motion and issue the attached Order.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael A. Berta<br>Maulik G. Shah<br>Rachel L. Chanin<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br>Tel:  (415) 471-3277<br><br>Dated:  December 12, 2014<br>1175083 / 39648 (14-194) | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Adobe Systems, Incorporated* |