IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEBUD LMS, INC. d/b/a<br>ROSEBUD PLM,<br><br>           Plaintiff,<br><br>     v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 14-194-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 5th day of February 2015, consistent with the memorandum issued this same date;

IT IS ORDERED that defendant's motion for summary judgment of no remedies (D.I. 65) is granted. The clerk of court is directed to enter judgment in favor of defendant and against plaintiff.

                                                                              /s/ Sue L. Robinson
                                                                              United States District Judge