IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSEBUD LMS, INC. d/b/a ROSEBUD PLM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civ. No. 14-194-SLR |
| ADOBE SYSTEMS INCORPORATED, ) ) | |
| Defendant. ) ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum and order of February 5, 2015;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant and against plaintiff.

_____
United States District Judge

Dated: 2/5/2015

_____
(By) Deputy Clerk